### PENNELL ag^t PENDELL

William Pennell command^r of the Ship Freinds Increase of Falmouth in England plaint. ag^t William Pendell Defend^t in an action of the case for absenting himselfe from the Service of the s^d Pennell to whome hee is engaged to officiate the place of a Carpenter whereby the plaintife & his Owners are much damnified & other due damages according to attachm^t dat. May: 20th 1675. . . . The Jury . . . founde for the plaint. the forfiture of the Defendants wages according to Law & costs of Court.  [ **335** ]

### KEMBLE ag^t HALL &c.

Henry Kemble plaint. ag^t Ralph Hall Senio^r & John Young both of Exeter Defend^ts according to attachm^t Dat. July: 13° 1675.

The plaint. was NonSuited upon non appearance

### BARNES ag^t BATT

James Barnes plaint. ag^t Paul Batt Defend^t in an action of the case for breach of a Covenant made between the s^d Barnes & the s^d Batt bearing date the Seventh day of May One thousand Six hundred Seventy & four by the s^d Batts non paiment of severall Summes of mony & goods at monys price & four thousand foote of Merchantable pine boards unto the s^d Barnes or his assignes according to the s^d Covenant whereby the Summe of two hundred pounds in mony is forfited unto the s^d Barnes as will appeare by the s^d Covenant under the hand & Seale of the s^d Paul Batt, through whose defect of payment in specie & time therein mentioned, the s^d Barnes was hindred in finishing the s^d buildings expressed in the s^d Covenant unto his great damage with due interest & all other due damages according to Attachm^t Dat. July: 22°^nd 1675. . . . The Jury . . . founde for the plaint. the forfiture of the bond two hundred pounds in mony & costs of Court being two pound eight Shillings & ten pence.

Execucion issued Aug° 9° 1675.

### RUGGLES ag^t RIGBEY

John Ruggles of Boston Butcher plaint. ag^t Samuel Rigbes or Rigbey of Dorchester Shoemaker Defend^t according to attachm^t